# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D17-4646
_____

BRENDA MARSHALL,

   Appellant,

v.

STATE OF FLORIDA,

   Appellee.

_____


On appeal from the Circuit Court for Suwannee County.
David W. Fina, Judge.

December 11, 2018


PER CURIAM.

   AFFIRMED.

WOLF, WINOKUR, and JAY, JJ., concur.


_____


***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Andy Thomas, Public Defender, and Steven L. Seliger, Assistant Public Defender, Tallahassee, for Appellant; Brenda Marshall, pro se, Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.